**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **DEBRA BLOOMER, Individually and as Mother and Guardian of JONATHAN BLOOMER, a minor,** | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV503 |
| vs. | ) ) | ORDER |
| **MEGINNIS FORD COMPANY and BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC,** | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiffs' Motion to Allow Filing of Second Amended Complaint (Filing No. 11). The plaintiffs attached the proposed amended pleading to the motion. **See** NECivR 15.1(a). The defendants have not yet answered the amended complaint and it does not appear they have been served. The plaintiffs seek to remove Meginnis Ford Company as a defendant. Upon consideration,

**IT IS ORDERED:**

1. The plaintiffs' Motion to Allow Filing of Second Amended Complaint (Filing No. 11) is granted.

2. The plaintiffs shall have to **on or before December 9, 2005**, to file the Second Amended Complaint.

DATED this 28th day of November, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge