# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DEBRA BLOOMER, et al.,** ) | |
| ) | |
| Plaintiffs, ) | 8:05CV503 |
| ) | |
| vs. ) | ORDER TO SHOW CAUSE |
| ) | |
| **BRIDGESTONE FIRESTONE NORTH** ) | |
| **AMERICAN TIRE, LLC** ) | |
| ) | |
| Defendant. ) | |

The records of the court show that on May 9, 2006, a letter (Filing No. 24) was sent to:

> Terry M. Anderson
> HAUPTMAN, O'BRIEN LAW FIRM
> 1005 South 107th Avenue, STE 200
> Omaha, NE 68114

from the Office of the Clerk directing that the attorney register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") and pay the 2006 attorney annual assessment fee, as required by NEGenR 1.7(h), within fifteen days. As of the close of business on June 16, 2006, said attorney has not complied with the request set forth in the letter from the Office of the Clerk. Accordingly,

**IT IS ORDERED** that, on or before **June 30, 2006**, attorney Terry M. Anderson shall register for the System and pay the fee or show cause by written affidavit why the attorney cannot comply with the rules of the court. Failure to comply with this order may result in the attorney's removal as counsel of record for the plaintiff.

DATED this 19th day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge