# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DEBRA BLOOMER, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 8:05CV503 |
| vs. ) | |
| ) | ORDER |
| **BRIDGESTONE FIRESTONE NORTH** ) | |
| **AMERICAN TIRE, LLC,** ) | |
| ) | |
| Defendant. ) | |

On the court's own motion, the pretrial conference previously set for August 27, 2007, at 9:00 a.m. is cancelled and is **rescheduled for August 24, 2007, at 10:00 a.m.** before the undersigned magistrate judge, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

**IT IS SO ORDERED.**

DATED this 18th day of January, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge