**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **DEBRA BLOOMER, et al.,** | ) | |
| | ) | **8:05CV503** |
| **Plaintiffs,** | ) | |
| | ) | **AMENDED** |
| **vs.** | ) | **FINAL PROGRESSION ORDER** |
| | ) | |
| **BRIDGESTONE FIRESTONE NORTH** | ) | |
| **AMERICAN TIRE, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

        This matter is before the court on the joint motion to extend the progression order
(Filing No. 49) and following a telephone conference with counsel on May 11, 2007.


        **IT IS ORDERED:**

        1.        The motion to extend (Filing No. 49) is granted as set forth below.

        2.        **Deposition Deadline.**  All depositions, whether or not they are intended to
be used at trial, shall be completed by **December 10, 2007**.  All interrogatories, requests
for admission and requests for production or inspection, whether or not they are intended
to be used at trial, shall be served sufficiently early to allow rule time response before that
date.  Counsel may stipulate to extensions of time to respond to discovery requests in
accordance with Fed. R. Civ. P. 29, as amended, but such extensions shall not extend any
of the dates in this order; any requests for extensions of any of the deadlines herein shall
be made by appropriate motion and order.

        3.        **Disclosure of Expert Witnesses.**  If necessary to refute the disclosed
opinions of any expert witness of an opponent, a party may disclose additional expert
witnesses **not later than November 1, 2007**.

        4.        **Pretrial Disclosures**:  Pursuant to Fed. R. Civ. P. 26(a)(3), each party shall
provide to all other parties the following information regarding the evidence that it may
present at trial other than solely for impeachment purposes as soon as practicable **but not
later than the date specified**:

**A.** __Witnesses__ **- On or before November 5, 2007:**  The name, address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises.

**B.** __Trial Exhibits__ **- On or before February 7, 2008:**  A list of all exhibits it expects to offer by providing a numbered listing and permitting examination of such exhibits.   The parties shall also designate on the list those exhibits it may offer only if the need arises.

**C.** __Waiver of Objections__:  Any objections to the use of witnesses, deposition designations, discovery responses, or exhibits shall be listed in the pretrial order.  Failure to list objections (except those under Fed. R. Evid. 402 and 403) shall be deemed waived, unless excused by the court for good cause shown.

**D.** __Filing of Disclosures__:   The filing of pretrial disclosures required by Fed. R. Civ. P. 26(a)(3) shall be deemed filed at the time of the filing of the Order on Final Pretrial Conference in this matter.

5. **Motions in Limine.**

**A.** ***Daubert* Motions.**   Any motion *in limine* challenging the admissibility of testimony of an expert witness under Rule 702, Fed. Rules of Evidence shall be filed **not later than November 21, 2007**, in the absence of which any objection based upon said rule shall be deemed waived.  **See** ***Kumho Tire Co., Ltd. v. Carmichael***, 526 U.S. 137 (1999); ***Daubert v. Merrell Dow Pharmaceuticals***, 509 U.S. 579 (1993).

**B.**  **Any other** motions *in limine* shall be filed **not later than February 13, 2008**.

6. **All**  motions for summary judgment shall be filed **on or before September 13, 2007**.  **See** NELR 56.1 and 7.1.

7. **The Final Pretrial Conference** with the undersigned magistrate judge is set for **February 20, 2008, at 10:30 a.m.**, in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The final pretrial conference

2

shall be attended by lead counsel for represented parties.  Counsel shall complete prior to the pretrial conference, all items as directed in NELR 16.2.  By the time of the pretrial conference, full preparation for trial shall have been made so that trial may begin at any time during the session indicated below.

8.    **Trial** is set to commence **at 8:30 a.m. on March 24, 2008,** in Omaha, Nebraska, before the Honorable Joseph F. Bataillon and a jury.

9.    **Motions to Alter Dates.**  All requests for changes of date settings shall be directed to the undersigned magistrate judge by appropriate motion.

DATED this 11th day of May, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge
