IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEBRA BLOOMER, Individually and as Mother and Guardian of JONATHAN BLOOMER, a minor,** | ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV503 |
| vs. | ) ) | ORDER |
| **BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC,** | ) ) ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte*.

It has come to the court's attention the record does not contain enough information to determine whether diversity jurisdiction exists in this case. In light of the defendant's Disclosure of Corporate Affiliations and Financial Interest (Filing No. 88) and ***GMAC Commercial Credit LLC v. Dillard Dep't Stores, Inc.***, 357 F.3d 827, 829 (8th Cir. 2004), the defendant shall file a disclosure containing the identity and citizenship of each of the members of its limited liability company on or before April 25, 2008.

**IT IS SO ORDERED.**

DATED this 4th day of April, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge