IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DEBRA BLOOMER, Individually, And as )
Mother and Guardian of JONATHAN BLOOMER, )   Case No. 8:05 CV 503
a Minor, )
 )
        Plaintiffs, )
 )
v. )
 )
BRIDGESTONE FIRESTONE NORTH )
AMERICAN TIRE, LLC, )
A Tennessee Limited Liability Company )
 )
        Defendant. )

### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBITS

| PLAINTIFFS' EXHIBIT | OBJECTIONS |
|---|---|
| Medical records - Lincoln Family Medicine Center | 805. Firestone reserves any further objections until exhibit is produced by Plaintiffs. |
| Medical records - Dr. Tim Watt | None. |
| Medical records - Dr. Mitchell Henry | 805. Firestone reserves any further objections until exhibit is produced by Plaintiffs. |
| Medical records - Dr. Robert Arias | None. |
| Medical records - Madonna Rehabilitation Hospital | 805. Firestone reserves any further objections until exhibit is produced by Plaintiffs. |
| Medical records - Dr. Mario Mota - Opthalmology Associates | 805. Firestone reserves any further objections until exhibit is produced by Plaintiffs. |
| Medical records - Dr. Leslie Hellbusch | 805. Firestone reserves any further objections until exhibit is produced by Plaintiffs. |
| Medical records - BryanLGH Medical Center East | 805. Firestone reserves any further objections until exhibit is produced by Plaintiffs. |
| Neuropsych Report - Dr. Renee Hudson | 805. Firestone reserves any further objections until exhibit is produced by Plaintiffs. |
| Medical records - Dr. Walter Duffy - Premier Psychiatric Group | 805. Firestone reserves any further objections until exhibit is produced by Plaintiffs. |
| Medical records - Lincoln Surgical Hospital | 805. Firestone reserves any further objections until exhibit is produced by Plaintiffs. |
| Itemized Schedule of Medical Expenses with corresponding medical bills | 805. Firestone reserves any further objections until exhibit is produced by Plaintiffs. |
| Records received from Lincoln Public School re: Jonathan | 805. Firestone reserves any further objections until exhibit is produced by Plaintiffs. |
| Investigator's Motor Vehicle Accident Report | None. |
| Photographs taken at the scene by the Cass | None. |

1

| | |
|---|---|
| County Sheriff | |
| Photographs of the vehicle taken November 15, 2001 | 901. |
| Photographs of the vehicle and tire taken after the accident by Michael Reeves | 901. |
| Photographs of Jonathan Bloomer | 403, 901. |
| Meginnis Ford Purchase and Service documents for the 2001 Ford Excursion | 801, 802, 805.  Firestone reserves any further objections until exhibit is produced by Plaintiffs. |
| NHTSA Vehicle Owner's Questionnaires, previously labeled as exhibits A-Q, and provided to Plaintiff by Defendant | 401, 402, 403, 702, 801, 802, 805, 901.  Firestone further objects to this exhibit on the grounds addressed in Firestone's Motion in *Limine* to exclude Dissimilar Tires and Accidents. |
| Recall Notice from Bridgestone/Firestone North American Tire, LLC dated March __, 2004 | 401, 402, 403, 407, 802, 901.  Firestone further objects to this exhibit on the grounds addressed in Firestone's Motion in *Limine* to Exclude Evidence of Voluntary Replacement Program and Brief in Support Thereof. |
| Bridgestone/Firestone North American Tire, LLC correspondence to NHTSA dated February 26, 2004 | 401, 402, 403, 407, 802, 901.  Firestone further objects to this exhibit on the grounds addressed in Firestone's Motion in *Limine* to Exclude Evidence of Voluntary Replacement Program and Brief in Support Thereof. |
| Recall summary dated October 5, 2005 | 401, 402, 403, 407, 802, 901.  Firestone further objects to this exhibit on the grounds addressed in Firestone's Motion in *Limine* to Exclude Evidence of Voluntary Replacement Program and Brief in Support Thereof. |
| Bridgestone/Firestone North American Tire, LLC - Claims Report for Sidewall Conditions #1078000892 & 1078000893 | 401, 402, 403, 805, 901. |
| Bridgestone/Firestone North American Tire, LLC - Lawsuit Report for Sidewall Conditions #1078000894 | 401, 402, 403, 805, 901. |
| Bridgestone/Firestone North American Tire, LLC - Adjustments for Sidewall Conditions #1078000001 & 1078000002 | 401, 402, 403, 805, 901. |
| Bridgestone/Firestone North American Tire, LLC - Claims and Lawsuit Report for Sidewall Conditions #1078000003 | 401, 402, 403, 805, 901. |
| Curriculum Vitae - David Osborne | 801, 802. |
| Curriculum Vitae - Dr. Robert Arias | 801, 802. |
| Curriculum Vitae - Dr. Tim Watt | 801, 802. |
| Curriculum Vitae - Dr. Mitchell Henry | 801, 802. |
| Larry Bennett deposition transcript | 401, 402, 403, 801, 802, 805.  Firestone further |

2

| | |
|---|---|
| | objects to this exhibit as an improper designation of deposition testimony. Plaintiffs have failed to designate deposition testimony in accordance with the Court's orders. |
| Debra Bloomer deposition transcript | 401, 402, 403, 801, 802, 805. Improper designation of deposition testimony. Plaintiffs have failed to designate deposition testimony in accordance with the Court's orders. |
| Kristiina Bloomer deposition transcript | 401, 402, 403, 801, 802, 805. Firestone further objects to this exhibit as an improper designation of deposition testimony. Plaintiffs have failed to designate deposition testimony in accordance with the Court's orders. |
| David Osborne deposition transcript | 401, 402, 403, 702, 801, 802, 805, 901. Additionally, Firestone objects to this exhibit on the grounds that it is improper opinion evidence in that Mr. Osborne lacks the qualifications to testify, and his methodology and opinions are not scientifically reliable. *See Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993); *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999); *see also* Firestone's Brief in Support of Its Motion to Exclude Expert Testimony of David Osborne. Firestone further objects to this exhibit as an improper designation of deposition testimony. Plaintiffs have failed to designate deposition testimony in accordance with the Court's scheduling orders. |
| David Osborne deposition video | 401, 402, 403, 702, 801, 802, 805, 901. Additionally, Firestone objects to this exhibit on the grounds that it is improper opinion evidence in that Mr. Osborne lacks the qualifications to testify, and his methodology and opinions are not scientifically reliable. *See Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993); *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999); *see also* Firestone's Brief in Support of Its Motion to Exclude Expert Testimony of David Osborne. Firestone further objects to this exhibit as an improper designation of deposition testimony. Plaintiffs have failed to designate deposition testimony in accordance with the Court's scheduling orders. |
| Dr. Tim Watt deposition transcript | None. |

| | |
|---|---|
| Dr. Tim Watt deposition video | None. |
| Dr. Robert Arias deposition transcript | None. |
| Dr. Robert Arias deposition video | None. |
| Dr. Mitchell Henry deposition transcript | 801, 802. Firestone further objects to this exhibit as an improper designation of deposition testimony. Plaintiffs have failed to designate deposition testimony in accordance with the Court's orders. |
| Dr. Mitchell Henry deposition video | 801, 802. Firestone further objects to this exhibit as an improper designation of deposition testimony. Plaintiffs have failed to designate deposition testimony in accordance with the Court's orders. |
| Commissioner's Standard Ordinary Mortality Table | 401, 402, 403, 801, 802. |
| Subject Tire | 901. |
| Subject Rim/Wheel | 901. |
| Spare Tire | 901. |
| Spare Rim/Wheel | 901. |

DATED this 4th day of September, 2008.

BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC,
Defendant,

By: _____
Daniel P. Chesire, #15029
LAMSON, DUGAN & MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
Telephone: (402) 397-7300
and

Scott G. Edwards, TX Bar #06461480
Hartline, Dacus, Barger, Dryer & Kern, LLP
6688 North Central Expressway, Suite 1000
Dallas, TX 75206

and

Marc R. Brosseau, Esq., CO Bar #7415
KERR BROSSEAU BARTLETT O'BRIEN, LLC
1600 Broadway, Suite 1600
Denver, CO 80202

4

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a true and correct copy of the above and foregoing document by ECF electronic filing this 4th day of September, 2008 on the following:

Timothy J. O'Brien
HAUPTMAN, O'BRIEN, WOLF & LATHROP, P.C.
1005 S. 107TH Ave., Suite 200
Omaha, NE 68114

William Frates, II
830 Azalea Lane
Vero Beach, FL 32963

#437742

5