# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DEBRA BLOOMER, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | 8:05CV503 |
| v. ) | |
| ) | ORDER |
| **BRIDGESTONE FIRESTONE NORTH** ) | |
| **AMERICAN TIRE, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

Upon notice of settlement given to the magistrate judge on September 10, 2008 by counsel for the defendant,

**IT IS ORDERED that:**

1. **On or before October 10, 2008**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned magistrate judge, at *thalken@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The trial previously scheduled is cancelled upon the representation that this case is settled.

4. The plaintiffs' motion in limine (Filing No. 117) and the defendant's motions in limine (Filing Nos. 118, 119, 120, 121 and 122) are denied as moot.

DATED this 10th day of September 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge