# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEBRA BLOOMER, individually, and as mother and guardian of JONATHAN BLOOMER, a minor,** | ) ) ) ) | **8:05CV503** |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC** | ) ) ) ) | |
| **Defendant.** | ) | |

This matter is before the court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 129).  The court finds that the parties' joint stipulation should be granted in accordance with Fed. R. Civ. P. 41(a)(1).

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 129) is granted and this case is dismissed with prejudice, each party to bear its own costs and a complete record waived.

DATED this 24th day of October, 2008.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge